UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

| | | |
|---|---|---|
| JERMAINE L BASS, | ) | |
| | ) | CASE NO. C06-2034 EJM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| MICHAEL J ASTRUE | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court reverses and remands this case to the Commissioner of Social Security for payment of benefits.

DATED: March 27, 2007

<u>Pridgen J. Watkins - Clerk</u>

<u>S/src</u>
By: Deputy Clerk